FANNY JOHNSTON et al., as Executors of GEORGE W. JOHNSTON, Deceased, Appellants, *v.* ALBERT B. HILTON, Respondent.

*Johnston* v. *Hilton*, 71 App. Div. 617, affirmed.
(Argued October 12, 1904; decided October 28, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Thorndike Saunders* for appellants.

*James F. McNaboe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.